NUMBER 13-09-00324-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: JOHN R. COVEY

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, John R. Covey, has filed a motion to dismiss this original proceeding. 
Based on documents before the Court, the parties have compromised and settled their
differences. The Court, having considered the documents on file and relator's motion to
dismiss the petition for writ of mandamus, is of the opinion that the motion should be
granted. Accordingly, this original proceeding is DISMISSED without reference to the
merits. Any pending motions are likewise DISMISSED.

 IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the

8th day of February, 2010.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).